[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
JUN 11 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Micah

Asher

Jefferson

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: 17-C-4219
(To be supplied by the Clerk of this Court)

Officer Szetlak star
#17448

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**      **AMENDED COMPLAINT**

✓ _____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A. Name: Micah Asher Jefferson

    B. List all aliases: NONE

    C. Prisoner identification number: M-27640

    D. Place of present confinement: Menard Correctional Center

    E. Address: Menard, IL 62259 P.O. Box 1000

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Officer Szetlak

        Title: Correctional Officer

        Place of Employment: Cook County Department of Corrections

    B. Defendant: _____

        Title: _____

        Place of Employment: _____

    C. Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _Micah Asher Jefferson V. Sergeant Velez 17-C-4219_

    B. Approximate date of filing lawsuit: _April, 2017_

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _None_

    D. List all defendants: _Tom Dart, Sergeant Velez_

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District_

    F. Name of judge to whom case was assigned: _Jorge L. Alonson_

    G. Basic claim made: _Failure to Protect_

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Pending_

    I. Approximate date of disposition: _Pending_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:17-cv-04219 Document #: 43 Filed: 06/11/18 Page 4 of 6 PageID #:104

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the date of April, 18, 2017 I was moved from Division 10 teir 2-C to division 9 teir 3-5. Before I enterd the teir I told officer Szetlak star #17448 multiple times that inmate Brandon Griffin nickname "Prince" was going to attack me. The officer told me that I had to "be a man and take what I had coming to me." I was placed onto the teir were I was jumped in a bathroom by inmate Griffin and another inmate. The officer "Szetlak" came onto the teir while I was being beaten seen another inmate going through my bag, but did nothing. The officer turned around left the teir and went to watch the other teir while I was beaten and robbed. It took another officer to get Szetlak's attention before I was taken off the teir in which Szetlak told me "that wasn't so bad", "now it's over". I was taken to cermak where my bleeding right below and above my right eye was glued shat. And now I have major problems seeing out that eye.

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the court to award me $250,000 in damages $125,000 for the lost of vision in my right eye and $125,000 for not Protecting me.

I want the court to make officer Szetlak Award me that money.

VI. The plaintiff demands that the case be tried by a jury. 9 (YES) 9 NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this June day of 4 , 20 18

_Micah Jefferson_
(Signature of plaintiff or plaintiffs)

Micah Jefferson
(Print name)

M-27640
(I.D. Number)

Menard MND
P.O. Box 1000 Menard, IL, 62259
(Address)

Micah Jefferson
#M-27640
Menard Correctional Center
P.O. Box 1000
Menard, IL, 62259

Correspondence From IDOC Inmate

-LEGAL MAIL-



Office of
Clerk of the U.S. District Court
United States Court House
219 South Dearborn Street
Chicago, IL 60604




06/11/2018-28

LEGAL MAIL